UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| Ramzi Mohamed Abdalla, Petitioner, | )<br>)<br>) No. 2:17-cv-82 |
| -v- | )<br>)<br>) HONORABLE PAUL L. MALONEY |
| Jeh Johnson, et al., Respondents. | )<br>)<br>) |

## JUDGMENT

In accordance with an order entered on this date, judgment hereby enters.

**IT IS SO ORDERED.**

Date:  October 17, 2017          /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 United States District Judge